**AFFIDAVIT**

I, Shaun Stanton, currently assigned to the Cartel, Gang, Narcotics, and Laundering Task Force of the FBI as a Task Force Officer, hereinafter referred to as your Affiant, being duly sworn, do state the following:

**INTRODUCTION**

1.      As a Task Force Officer for the FBI, your Affiant is an investigative law enforcement officer of the United States of America within the meaning of Title 21 Matters. Your Affiant is empowered to conduct investigations and to make arrests for drug related and money laundering offenses.

2.      Your Affiant is currently assigned to the Southeast Area Law Enforcement (SEALE) Narcotics Task Force and is a part-time sworn Cartel, Gang, Narcotics, and Laundering task force officer in northeastern Ohio. Affiant avers that he has conducted and/or participated in investigations into illicit drug trafficking operations, which were resultant in state and local prosecutions, and has interviewed drug traffickers and drug abusers during these and other investigations. Affiant avers that he has conducted investigations into drug traffickers and drug abusers. Affiant has participated in the execution of narcotic search warrants, and participated in controlled purchases of narcotics using confidential informants

3.      Your Affiant avers that he has received his OPOTA certificate from the Cleveland Heights Police Academy in May, 2016. Affiant has received training in Criminal Patrol and Drug Interdiction from the Southwest K9 training group. Affiant has also received training in Characteristics of Criminal Gunmen from the Middle Atlantic-Great Lakes Organized Crime Law Enforcement Network (MAGLOCEN) with relevant coursework related to narcotics investigations. Affiant avers that he has received training in narcotics-related financial

1

investigations through MAGLOCEN and the Midwest Counter-drug Training Center (MCTC) as it relates to the elements of the various financial crimes that stem from the laundering and accumulation of profits from the illegal narcotics industry.

4.     Your Affiant makes this affidavit in support of a criminal complaint and arrest warrant for MARION RANDLE for violations of: Conspiracy to Possession with the Intent to Distribute, Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A); and Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## BASIS OF INFORMATION

5.     Your Affiant is familiar with the facts and circumstances of the offenses described in this Affidavit based upon your Affiant's personal participation in the investigation of MARION RANDLE as well as through information obtained from other law enforcement agencies, witnesses, and reliable sources.

6.     Except as otherwise noted, the information set forth in this Affidavit has been learned directly by Your Affiant.  Unless otherwise noted, whenever in this Affidavit your Affiant asserts that a statement was made, the information was provided directly to your Affiant. Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth your Affiant's observations but rather has been provided directly or indirectly by other law enforcement officers who conducted such surveillance.  Likewise, any information pertaining to vehicles and/or registrations, personal data on subjects and record checks has been obtained through the Law Enforcement Automated Data System (LEADS); from the State of Ohio or the National Crime Information Center (NCIC) computers; or by the Ohio Law Enforcement Gateway database (OHLEG) by members herein described.

7.     Since this Affidavit is being submitted for the limited purpose of securing the requested arrest warrant, this affidavit does not contain each and every piece of information known to your Affiant and other investigators, but rather only information sufficient to establish probable cause to support the requested arrest warrant.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

8.     In early 2020, SEALE Detectives received information from both the FBI/HIDTA Task Force Officers (TFOs) and Homeland Security Investigations (HSI) that Marion Randle was selling large quantities of both heroin/fentanyl and methamphetamine in the Cuyahoga County area.

9.     In early April, 2020, SEALE Detectives were informed by a confidential reliable informant (CRI 1) about a black male using the Instagram "1freebandnation" selling large quantities of heroin/fentanyl in the Cuyahoga County area. From the photos on the account, SEALE Detectives were able to immediately identify the male as Marion Randle. Detectives confirmed with the CRI with a BMV photo of Randle that the male on the account was the male selling heroin/fentanyl in the area.

10.     In mid-2020, SEALE Detectives, during periodic surveillance on a known house in Maple Heights, Ohio where drugs were both used and sold, observed Marion Randle and/or a vehicle he was known to operate repeatedly at the residence.

11.     In November, 2020, a CRI (CRI 2), stated a black male by the name of "Duke" (a name associated with Randle in prior cases) was selling heroin/fentanyl in the Cuyahoga County area and specifically at the above-mentioned house in Maple Heights, Ohio. The CRI was shown a BMV photo of Marion Randle and positively identified him as "Duke" selling heroin/fentanyl. The CRI stated Randle had numerous properties.

3

12.     In June, 2022, SEALE Detectives were informed by a CRI (CRI 3) about a black male going by the name "Duke" selling large quantities of methamphetamine in the Cuyahoga County area. The CRI stated the male regularly visited and sold narcotics out of the Auto Mile Inn in Bedford, Ohio.

13.     In July, 2022, SEALE Detectives were informed by a CRI (CRI 4) about a black male by the name of "DJ" selling large quantities of methamphetamine in the Cuyahoga County area. The CRI stated the male used the phone number ending in 5740. Detectives were familiar with "DJ" as a possible street name for Marion Randle. Detectives showed the CRI a BMV photo of Randle to the CRI and the CRI positively identified "DJ" as Randle. The CRI stated "DJ" drove a variety of different vehicles and was highly suspicious of any time the CRI purchased narcotics from him. The CRI stated he suspected Randle had numerous properties.

14.     On August 9, 2022, SEALE Detectives met with this CRI (CRI 4) in an attempt to make a controlled purchase of methamphetamine from Randle. The CRI contacted Randle at a phone number ending in 5740, and Randle agreed to sell the CRI an amount of methamphetamine. The buy location was to take place at a pre-determined location within Cuyahoga County, Ohio. The CRI was searched and found to be free of drugs, money, and contraband, and was provided an amount of pre-recorded police buy money. The CRI was provided with a wireless, digital covert camera, as well as a wireless digital recorder in an attempt to record the drug sale. SEALE Detective Stanton followed the CRI directly to the buy location, while SEALE Detective Griffis was in the area of buy location. The CRI arrived at the buy location, and eventually Randle arrived in a white Chrysler sedan bearing Virginia registration TXN4204. Randle was positively identified from surveillance by SEALE Detectives. After the controlled buy was complete, the CRI left the buy location, met with Detective Stanton

at a pre-determined location, and immediately turned over the purchased narcotics to Detective

Stanton. The CRI was searched again and found to be free of money, drugs, and contraband. The

purchased narcotics from the first controlled buy with Randle field-tested positive for

methamphetamine via a Sirchie Narcotics Analysis Reagent Kit (NARK) II and weighed

approximately 2 ounces (56 grams).

15.     Upon running the above-mentioned Virginia license plate through LEADS,

detectives learned the vehicle was registered to PV Holding Corporation (Avis Rental Cars).

Upon contacting law enforcement liaison personnel with the rental vehicle company, detectives

learned the vehicle was rented by Marion Randle.

16.     In mid-August, 2022, CRI 4 contacted SEALE Detectives to advise them that

Randle was now operating a new rental vehicle, a Chrysler 300 sedan, with New York

registration KLP3803.

17.     On August 19, 2022, while on an unrelated surveillance, SEALE Detectives

observed the above-mentioned Chrysler 300 sedan with New York registration parked in the

16200 block of Edgewood Avenue, Maple Heights, Ohio 44137.

18.     On August 23, 2022, SEALE Detectives located a new rental vehicle parked in

the same block on Edgewood Avenue, in Maple Heights, Ohio. Detectives located a white Jeep

Cherokee bearing Florida registration 57BSJW. Affiant states that SEALE Detectives ran the

Florida registration of the vehicle and learned that it was registered to PV Holding Corporation

(Avis rental cars). Detectives contacted an Avis law enforcement liaison and learned that Randle

traded in the New York-registered Chrysler 300 for the white Jeep Cherokee.

19.     On August 24, 2022, SEALE Detectives obtained a ping search warrant for the

phone number ending in 5740 used in the first controlled buy to purchase methamphetamine.

Through use of this warrant, SEALE Detectives were able to locate the above-mentioned Florida registration parked in the underground garage at 3600 Park E Dr, Beachwood, Ohio 44122 (The Aster apartments). Detectives began conducting surveillance on the vehicle and observed Randle depart in the white Jeep Cherokee bearing Florida registration 57BSJW at approximately 1200 hours from the underground garage. Randle drove directly the airport and switched to a different Avis rental vehicle, a silver Honda sedan bearing Massachusetts registration 2ZNH21. Detectives contacted an Avis law enforcement liaison and learned that Randle traded in the Florida-registered Jeep for the new rental vehicle.

20.     Detectives contacted property management at the Aster and showed a BMV photo of Randle to property management. Upon viewing the photo, management advised detectives that the pictured male (Marion Randle) had been staying in apartment no. 148 at the Aster for several months in violation of the lease agreement with Janell Fossett. Fossett was the only one on the lease to the apartment, but management never saw Fossett on the property. Upon questioning Fossett about this, management stated that Fossett informed them she was a traveling nurse and was the only person staying in the apartment. Management received several complaints from nearby tenants for apartment no. 148, but were unable to contact Fossett at the apartment to advise her of the complaints. Management also advised that on several occasions, keys and fobs for the apartment and garage had been reported lost by Randle and he would ask for replacements. Management had to advise him on several occasions that they couldn't do so because he was not on the lease for the apartment.

21.     Upon checking the Ohio Secretary of State's website, SEALE Detectives learned that Marion Randle had three LLCs. The most recently created LLC, "Randle Enterprises, LLC", was created on August 22, 2022 and listed the "business" address as 16221 Edgewood Avenue,

Maple Heights (Cuyahoga), Ohio 44137. Randle is the only signature on the articles of organization for the LLC.

22.    On August 25, 2022, SEALE Detectives, met with CRI 4 in an attempt to make a second controlled purchase of methamphetamine from Randle. Just prior to contacting Randle, cellphone ping data of the phone number ending in 5740 showed Randle at the Randall Park apartments at 4510 Warrensville Center Road, North Randall, Ohio 44128 in the rear of the 4510 building. The CRI contacted Randle phone number ending 5740, and he agreed to sell the CRI an amount of methamphetamine. The buy location was to take place at a pre-determined location within Cuyahoga County. The CRI was searched and found to be free of drugs, money, and contraband, and was provided an amount of pre-recorded police buy money. The CRI was provided with a wireless, digital covert camera, as well as a wireless digital recorder in an attempt to record the drug sale. SEALE Detective Stanton followed the CRI directly to the buy location, while SEALE Detective Griffis was in the area of 4510 Warrensville Center Road, North Randall, Ohio 44128. As Detective Griffis was arriving at the apartments, cellphone ping data showed that Randle was exiting the apartments and heading southbound on Warrensville Center Road immediately outside of the apartment complex. At this point Detective Griffis drove directly to the buy location. Prior to Detective Griffis arriving, Randle arrived operating the above-mentioned silver Honda sedan bearing Massachusetts registration 2ZNH21 in a time and manner consistent with driving directly to the controlled buy from the Randall Park apartments at 4510 Warrensville Center Road, North Randall, Ohio 44128. After arriving, Randle met with the CRI, the CRI provided Randle with the pre-recorded police buy money, and in turn Randle sold the CRI an amount of methamphetamine. After the controlled buy was complete, the CRI left the buy location, met with Detective Stanton at a pre-determined location, and immediately turned

over the purchased narcotics to Detective Stanton. The CRI was searched again and found to be free of money, drugs, and contraband.

23.  In the early morning hours prior to the second controlled buy, Randle's above-mentioned silver Honda sedan rental vehicle was present in the street in front of 16221 Edgewood Avenue, Maple Heights (Cuyahoga), Ohio 44137 in the early morning hours.

24.  Following the second controlled buy, SEALE Detectives field-tested the purchased narcotics via Sirchie Narcotics Analysis Reagent Kit (NARK II) and obtained a positive result for the presence of methamphetamine and weighed approximately 2 ounces (56 grams).

25.  On August 26, 2022, SEALE Detectives obtained a GPS warrant for any vehicle currently operated by Marion Randle. On August 27, 2022, SEALE Detectives successfully executed that warrant in Cuyahoga County, Ohio on Randle's rental vehicle, the above-mentioned silver Honda sedan bearing Massachusetts registration 27NH21.

26.  On August 29, 2022, at approximately 1400 hours GPS data showed Randle returning his rental vehicle to Avis rentals at the Cleveland-Hopkins International Airport. Detectives were able to successfully retrieve the GPS unit from Randle's, now former, rental vehicle. Detectives were able to determine Randle's new rental vehicle, a black Toyota sedan bearing Ohio registration JHR1456, at the townhome the following day in the early morning hours. The GPS was placed on this vehicle on the same date in the early morning hours.

27.  August 30, 2022, SEALE Detectives began conducting surveillance on Randle upon locating his vehicle parked in front of the residence at 16221 Edgewood Avenue, Maple Heights, (Cuyahoga) Ohio 44137. Detectives maintained surveillance on the residence and observed Randle exit the door to the residence with two high school-age children at

approximately 0800 hours. SEALE Detectives followed Randle to the Maple Heights high school, and then maintained surveillance on his vehicle, the above-mentioned black Toyota sedan bearing Ohio registration JHR1456, as he drove to the apartments at 4510 Warrensville Center Road, North Randall, Ohio 44128. At this point, SEALE Detective Griffis took over surveillance on Randle while SEALE Detective Stanton met with CRI 4 in an attempt to make a third controlled purchase of methamphetamine from Randle. The CRI contacted Randle at his new number ending in 5393, and he agreed to sell the CRI an amount of methamphetamine. The buy location was to take place at a pre-determined location with in Cuyahoga County. The CRI was searched and found to be free of drugs, money, and contraband, and was provided an amount of pre-recorded police buy money. The CRI was provided with a wireless, digital covert camera, as well as a wireless digital recorder in an attempt to record the drug sale. SEALE Detective Stanton followed the CRI directly to the buy location, while SEALE Detective Griffis in the area of 4510 Warrensville Center Road, North Randall, Ohio 44128. Randle exited the apartments and returned to his vehicle and departed. Detective Griffis began to follow Randle, but due to traffic conditions, lost sight of his vehicle. Detective Griffis drove directly to the buy location upon losing sight of Randle's vehicle and Randle arrived at the buy location in a time and manner consistent with driving directly to the buy location from the apartments at 4510 Warrensville Center Road, North Randall, Ohio 44128. After arriving, Randle met with the CRI, the CRI provided Randle with the pre-recorded police buy money, and in turn Randle sold the CRI an amount of methamphetamine. After the controlled buy was complete, the CRI left the buy location, met with Detective Stanton at a pre-determined location, and immediately turned over the purchased narcotics to Detective Stanton. The CRI was searched again and found to be free of money, drugs, and contraband.

28.     Following the third controlled buy, SEALE Detectives field-tested the purchased narcotics via Sirchie Narcotics Analysis Reagent Kit (NARK II) and obtained a positive result for the presence of methamphetamine and weighed approximately 2 ounces (56 grams).

29.     On the same date as the third controlled buy, SEALE Detectives maintained surveillance on Randle and followed him back to the apartments at 4510 Warrensville Center Road, North Randall, Ohio 44128.

30.     On September 8, 2022, cellphone ping and GPS data indicated that Marion Randle returned his black Toyota sedan rental to the Cleveland-Hopkins International Airport. Detectives responded to the airport and observed Randle exit the airport rental facility in a silver Ford Edge bearing Ohio registration JDP9021. The GPS was placed on the new rental vehicle, on September 9, 2022 at 16221 Edgewood Avenue, Maple Heights (Cuyahoga), Ohio 44137.

31.     In early September, 2022, SEALE Detectives were informed by a CRI (CRI 5) about a black male that goes by the name of "Duke" selling methamphetamine in the Cuyahoga County area. The CRI stated "Duke" operates various newer vehicles and recently obtained a new phone number ending in 5393. Detective were familiar with Randle going by the name of "Duke" and showed CRI 5 a BMV photo of Randle. CRI 5 positively identified Randle as "Duke" and selling methamphetamine in the Cuyahoga County area.

32.     On September 9, 2022, SEALE Detectives met with CRI 4 in an attempt to make a fourth controlled purchase of methamphetamine from Randle. The CRI contacted Randle at 216 354 5393, and he agreed to sell the CRI an amount of methamphetamine. The buy location was to take place at a pre-determined location with in Cuyahoga County. The CRI was searched and found to be free of drugs, money, and contraband, and was provided an amount of pre-recorded police buy money. The CRI was provided with a wireless, digital covert camera, as well

as a wireless digital recorder in an attempt to record the drug sale. SEALE Detective Stanton

followed the CRI directly to the buy location, while SEALE Detective Griffis in the area of

16221 Edgewood Avenue, Maple Heights, Ohio 44137. Randle exited the residence and departed

in his rental vehicle, now a silver Ford Edge bearing Ohio registration JDP9021. Through GPS

and direct observation, SEALE Detective Griffis was able to follow and maintain surveillance on

Randle as he performed significant counter-surveillance. Randle contacted the CRI and changed

the buy location to another location with in Cuyahoga County. Detective Griffis followed Randle

to the new buy location. Detective Stanton followed the CRI to the new buy location. There,

Randle met with the CRI, the CRI provided Randle with the pre-recorded police buy money, and

in turn Randle sold the CRI an amount of methamphetamine. After the controlled buy was

complete, the CRI left the buy location, met with Detective Stanton at a pre-determined location,

and immediately turned over the purchased narcotics to Detective Stanton. The CRI was

searched again and found to be free of money, drugs, and contraband. The suspected

methamphetamine was field-tested via a Sirchie Narcotics Analysis Reagent Kit (NARK) II

field-test. The purchased narcotics field-tested positive for methamphetamine and weighed

approximately 2 ounces (56 grams).

     33.     On September 30, 2022 GPS and cellphone ping data going to 3304 Natchez

Avenue, Cleveland, Ohio 44109 and 5989 Dunham Road, Maple Heights, Ohio 44137 directly

from the residence at 16221 Edgewood Avenue, Maple Heights (Cuyahoga), Ohio 44137.

SEALE Detectives are familiar with the residents of both houses as being both traffickers and

users of methamphetamine.

     34.     On September 28, 2022. Through phone ping and GPS data, SEALE Detectives

learned that Marion Randle obtained a new rental vehicle, a black Chrysler Pacifica bearing

Minnesota registration JAE650. Detectives contacted an Avis law enforcement liaison and learned that the vehicle was rented by Marion Randle on September 28, 2022. Affiant states that on September 29, 2022 SEALE Detectives successfully placed the GPS on the new rental vehicle in the early morning hours in front of the residence at 16221 Edgewood Avenue, Maple Heights (Cuyahoga), Ohio 44137.

35.    On October 3, 2022, SEALE Detectives began observing cellphone and GPS data for Marion Randle making repeated visits to the address 223 Dovecote Trace, Macedonia, Ohio 44056. Randle began spending hours at the residence and occasionally staying overnight. Beginning on October 6, 2022, cellphone ping data and GPS data showed Randle spending every night at the residence that he was in northern Ohio. SEALE Detectives verified Randle's presence at the address early on, seeing his current rental vehicle parked in the driveway. Soon after moving to the residence, Randle began parking his rental vehicle in the garage. Detectives verified him coming and going from the residence in the early morning/late evening hours through surveillance.

36.    On October 11, 2022, SEALE Detectives obtained a second GPS warrant for Randle's current rental vehicle. The warrant was executed the same date on Randle's current rental vehicle, the above-mentioned black Chrysler minivan bearing Minnesota registration JAE650.

37.    On October 13, 2022, SEALE Detectives obtained a second ping search warrant for Randle's phone number ending in 5393. On the same date, Randle returned the above-mentioned black Chrysler minivan to the Cleveland-Hopkins International Airport rental vehicle facility. On Friday October 14, 2022, SEALE Detectives were able to locate Randle operating a

white Chrysler minivan bearing Illinois registration FP180181. The GPS was never successfully installed on this rental vehicle.

38.     On Monday, October 17, 2022, SEALE Detectives observed cellphone ping data indicating Randle was approaching the residence at 16221 Edgewood Avenue, Maple Heights (Cuyahoga), Ohio 44137. Detective arrived to find the above-mentioned white Chrysler minivan parked at the residence. Detectives maintained surveillance and shortly thereafter observed Randle depart. Detectives followed him directly to 6542 Broadway Avenue, Cleveland, Ohio 44105. There, detectives observed a hand-to-hand exchange with the operator of Ohio registration HST5980. Both vehicles then departed the area. Upon running the registered owner of the vehicle that met with Randle, detectives learned that the owner/operator, Richard Jones, had a criminal history of drug possession and was stopped in the vehicle in May, 2022 in possession of methamphetamine (Strongsville PD report 22045661).

39.     On October 19, 2022, SEALE Detectives met with CRI 5 in an attempt to make a fifth controlled purchase of methamphetamine from Randle. The CRI contacted Randle at 216 354 5393, and he agreed to sell the CRI an amount of methamphetamine. The buy location was to take place at a pre-determined location with in Cuyahoga County. The CRI was searched and found to be free of drugs, money, and contraband, and was provided an amount of pre-recorded police buy money. The CRI was provided with a wireless, digital covert camera, as well as a wireless digital recorder in an attempt to record the drug sale. SEALE Detective Griffis followed the CRI directly to the buy location, while SEALE Detective Stanton began conducting surveillance on Randle's rental vehicle on I-480 through the assistance of cellphone ping data. Detective Stanton followed Randle directly to the residence at 16221 Edgewood Avenue, Maple Heights (Cuyahoga), Ohio 44137. Randle entered the residence for approximately 3-5 minutes

13

when he exited the residence and departed in his rental vehicle, the above-mentioned white

Chrysler minivan bearing Illinois registration FP180181. SEALE Detective Stanton was able to

follow and maintain surveillance on Randle as he visited a house in Maple Heights, Ohio known

by SEALE Detectives for drug activity. As soon as Randle arrived at the house, significant

traffic picked up with individuals known to SEALE Detectives as methamphetamine traffickers

and users arriving and departing quickly. Randle contacted the CRI and changed the buy location

to another location with in Cuyahoga County. Detective Stanton followed Randle to the new buy

location. Detective Griffis followed CRI 5 to the new buy location. There, Randle met with the

CRI, the CRI provided Randle with the pre-recorded police buy money, and in turn Randle sold

the CRI an amount of methamphetamine. After the controlled buy was complete, the CRI left the

buy location, met with Detective Griffis at a pre-determined location, and immediately turned

over the purchased narcotics to Detective Griffis. The CRI was searched again and found to be

free of money, drugs, and contraband. The suspected methamphetamine from the fifth controlled

buy was field-tested via a Sirchie Narcotics Analysis Reagent Kit (NARK) II field-test. The

purchased narcotics field-tested positive for methamphetamine and weighed approximately 14

grams.

40.     On October 20, 2022, cellphone ping data shows Randle traveling to 16221

Edgewood Avenue, Maple Heights, Ohio 44137, 15344 Longvale Avenue, Maple Heights, Ohio

44137, and 3600 Park East Drive, Beachwood, (Cuyahoga) Ohio 44122 in the evening hours.

41.     Throughout the course of the two-month investigation into Marion Randle, direct

observation, cellphone ping data, and GPS data showed him frequenting the Aster apartments at

3600 Park East Drive, Beachwood, (Cuyahoga) Ohio 44122 every 7-14 days. Detectives located

an address for Fossett on Hillgrove Avenue and routinely observed her white Ford Mustang SUV

parked in the driveway of the residence in the early morning/late evening hours indicating that she doesn't, in fact, reside at the Aster apartments 3600 Park East Drive, Beachwood, (Cuyahoga) Ohio 44122. She was observed operating this SUV by detectives on September 26, 2022 during surveillance.

42.     Based on the above evidence, SEALE Detective Stanton prepared search warrants for residences associated with Randle, that is 223 Dovecote Trace, Macedonia, Ohio 44056, 16221 Edgewood Avenue, Maple Heights, Ohio 44137, and 3600 Park East Drive, Beachwood, Ohio 44122. The warrants and affidavits were reviewed and signed by Cuyahoga County Judge Steven Gall on Friday, October 21, 2022.

43.     On Monday, October 24, 2022, SEALE Detectives, in conjunction with members of SEALE SWAT, the CGNL task force, the Maple Heights Police Department, and the Macedonia Police Department executed the warrants at the above locations. Marion Randle and Vanesha Smith were located at 223 Dovecote Trace, Macedonia, Ohio 44056 along with a juvenile. No parties were present at Beachwood or Edgewood Avenue. The notable items seized at the residences were approximately eighty (80) grams of suspected methamphetamine which field-tested positive as the same from 16221 Edgewood Avenue, Maple Heights, Ohio 44137 and an unsecured, loaded Glock 43 handgun along with approximately $16,000 in cash from 223 Dovecote Trace, Macedonia, Ohio 44056.

## CONCLUSION

44.     Based on the foregoing, Your Affiant believes that there is probable cause to believe that MARION RANDLE committed the violations of: Distribution of a Controlled Substant, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(B) and

(b)(1)(C); and Possession with Intent to Distribute a Controlled Substance, in violation of Title

21, United States Code, Section 841(a)(1), (b)(1)(B).

Task Force Officer Shaun Stanton
SEALE Narcotics/CGNL Task Force

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per
Crim. R. 41(d)(3) on this 26th day of October 2022 at 9:16 a.m.

UNITED STATES MAGISTRATE JUDGE